KEVIN V. RYAN (SBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (SBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

FILED
AUG 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00436 MHP |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| LYNN DALE JORGENSEN, | (San Francisco Venue) |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment filed herein without prejudice on the basis that the defendant reportedly passed away on July 11, 2005.

DATED:    7/21/05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
MICHAEL LI-MING WANG
Chief, Major Crimes Division

**NOTICE OF DISMISSAL**
**CR 05 00436 MHP**

1  Leave of Court is granted to the government to dismiss the Proceedings without prejudice
2  and the Court hereby orders that the indictment filed in this matter is dismissed without
3  prejudice.

DATED: 8/12/05

MARILYN HALL PATEL
United States District Court Judge

NOTICE OF DISMISSAL
CR 05 00436 MHP                                        2